IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:05CV525 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| BETTY L. NAUENBURG, et al., ) | |
| ) | |
| Defendant(s). ) | |

IT IS ORDERED that the hearing on plaintiff's Motion for Default Judgment, Filing No. 9, is rescheduled before the undersigned on **March 21, 2006, at 1:30 p.m.,** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Any party may participate telephonically by contacting chambers (402/661-7302) at least 24 hours before the hearing.

The Clerk's Office is directed to mail a copy of this order to the defendants at their last known addresses of record.

DATED this 8th day of March, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge